JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KENNY J. SHILOH, | ) Case No. ED CV 16-2281-VAP (SP) |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| COUNTY OF LOS ANGELES, et al., | ) |
| Defendants. | ) |

Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: January 24, 2018

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE